IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | CASE NO: CR115-32 |
| | ) | |
| TINA M. TUCKER | ) | |

## ORDER

The defendant, Tina M. Tucker, was sentenced on September 15, 2015 and is in the custody of the Bureau of Prisons.

Surety, Johnnie Tucker, Jr., has requested the return of the $1,000.00 cash security posted on the defendant's $10,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $1,000.00 posted by Johnnie Tucker, Jr. for this defendant, plus all accrued interest thereon, be returned to:

Johnnie Tucker, Jr. at 653 Al Dempsey Road, Grovetown, Georgia, 30813.

This 20th day of October, 2015 at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA