IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 115-032 |
| | * | |
| TINA M. TUCKER | * | |

### O R D E R

Before the Court is the Government's motion to substitute its restitution payee. (Doc. 65.) Ms. Kent A. Sizemore, one of the original restitution payees in this matter, is deceased. The Government moves to substitute Mr. Thomas Sizemore, son of Ms. Kent A. Sizemore, as restitution payee in place of his mother.

Pursuant to 18 U.S.C. § 3663(a)(2), "[i]n the case of a victim who is . . . deceased, the . . . representative of the victim's estate, another family member, or any other person appointed as suitable by the court, may assume the victim's rights" to restitution.  Upon due consideration, the Court finds Mr. Thomas Sizemore is a proper person to acquire the rights of Ms. Kent A. Sizemore as restitution payee.

Therefore, the Government's motion to substitute restitution payee (Doc. 65) is **GRANTED**, and the Court **ORDERS** that "Thomas Sizemore" be substituted as the restitution payee in place of "Regent Security Services, Inc. (Kent A. Sizemore)." **IT IS FURTHER ORDERED** that all future restitution payments due to "Regent

Security Services, Inc. (Kent A. Sizemore)" be made payable to Mr. Thomas Sizemore and mailed to the address currently on record.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of January, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA